**DOAR RIECK KALEY & MACK**

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
e-mail: firm@doarlaw.com
website: www.doarlaw.com

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037

September 15, 2026

**Via ECF Filing**
The Honorable Denise L. Cote
United State District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The sentence is adjourned to 12/10 at 11:30 am. Defense submissions are due November 30; the Government's submission is due December 7.
Denise Cote
9/15/26

Re: *United States v. Bishara Strother*
Docket # 25 Cr. 484 (DLC)

Dear Judge Cote:

I was appointed to represent Bishara Strother in the above-referenced matter. Mr. Strother entered a plea of guilty on July 24, 2026 and sentencing is scheduled for November 18, 2026. I write respectfully to request that the sentencing be adjourned to a day during the week of December 7, 2026 (but December 8, 2026) that is convenient for the Court. The reason for this request is that personal and family medical matters have kept me out of the office for a good part of the last four weeks and further appointments are scheduled for this week. As a result, I have not been able to devote the time needed for this matter and to begin the work needed for sentencing.

I have communicated with AUSA Adam Margulies regarding this request and he advised that the Government does not object to this request.

Thank you for the Court's consideration of this request.

Respectfully submitted,

John F. Kaley

John F. Kaley

cc: all counsel via ECF filing